# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESARN SEE, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL,<br>Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:19-cv-0934 - JLT <br><br> ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) <br><br> ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF ESARN SEE AND AGAINST DEFENDANT, ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

On January 23, 2020, Esarn See and Andrew Saul, Commissioner of Social Security stipulated to a voluntary remand of Plaintiff's Social Security appeal, pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 11 at 1) The parties stipulate that "the Commissioner will conduct any necessary further proceedings and issue a new decision." (*Id.*) Thus, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Esarn See, and against Defendant, Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **January 30, 2020**     /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE