# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESARN SEE, | Case No.: 1:19-cv-00934 - JLT |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (Doc. 14) |
| Defendant. | |

Esarn See and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 14) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $2,114.08 are **AWARDED** to Esarn See.

IT IS SO ORDERED.

Dated: __**March 9, 2020**__      __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE